UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RODERICK RENEE SAWYER,<br><br>Plaintiff<br><br>v.<br><br>ROMEO ARANAS et al.,<br><br>Defendants | Case No. 3:18-cv-00346-RCJ-WGC<br><br>ORDER |

Plaintiff has filed a request for U.S. Marshal service (ECF No. 4) and a motion for status check (ECF No. 5). The Court denies the motion for status check as moot in light of this order. Plaintiff's case is in line for screening. Due to the Court's case load, it may take many months before the Court issues a screening order in this case. Additionally, the Court denies the request for U.S. Marshal service as premature. The Court will order service when it is procedurally applicable to do so.

For the foregoing reasons, it is ordered that the request for U.S. Marshal service (ECF No. 4) is denied as premature.

It is further ordered that the motion for status check (ECF No. 5) is denied as moot.

DATED: July 3, 2019.

*William G. Cobb*
———————————————
UNITED STATES MAGISTRATE JUDGE