UNITED STATES DISTRICT COURT
                              DISTRICT OF NEVADA

RODERICK RENEE SAWYER,            )    3:18-cv-00346-RCJ-WGC
                                  )
                 Plaintiff,       )    **MINUTES OF THE COURT**
     vs.                          )
                                  )    February 3, 2020
DR. ROMEO ARANAS, et al.,         )
                                  )
                 Defendants.      )
_____ )

PRESENT:  THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  KAREN WALKER    REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

  The Office of the Attorney General did not accept service of process on behalf of Defendant **Romeo Aranas,** who is no longer an employee of the Nevada Department of Corrections (ECF No. 15). However, the Attorney General has filed the last known address of this Defendant under seal (ECF No. 16). If Plaintiff wishes to have the U.S. Marshal attempt service on Defendant Romeo Aranas, he shall follow the instructions contained in this order.

  The Clerk shall issue a summons for **Romeo Aranas** and send the same to the U.S. Marshal with the address provided under seal (ECF No. 16). The Clerk shall also send one (1) copy of the Complaint (ECF No. 8), one (1) copy of the court's screening order (ECF No. 7), and one (1) copy of this order to the U.S. Marshal for service on the Defendant. The Clerk shall also send to Plaintiff one (1) USM-285 form. Plaintiff shall have until **Friday, February 28, 2020,** to complete the USM-285 service form and return it to the U.S. Marshal, 400 South Virginia Street, Room 201, Reno, Nevada 89501.

  If Plaintiff fails to follow this order, Defendant **Romeo Aranas** may be subject to dismissal for failure to complete service of process pursuant to Fed. R. Civ. P. 4(m).

  **IT IS SO ORDERED.**

                                        DEBRA K. KEMPI, CLERK

                                        By:    /s/_____
                                                  Deputy Clerk