**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RODERICK RENEE SAWYER,<br><br>         Plaintiff,<br><br>vs.<br><br>DR. ROMEO ARANAS, *et al.,*<br><br>         Defendants. | Case No.:  3:18-CV-00346-RCJ-WGC |

On July 8, 2020, the Court ordered Plaintiff to file his updated address with the Court within thirty (30) days from the date of the order.  See (ECF No. 29).   Plaintiff has failed to respond within the allotted time.

According to the Nevada Department of Corrections ("NDOC") inmate database, Plaintiff is no longer incarcerated at the Lovelock Correctional Center and is presently at the Humboldt Conservation Camp.  However, Plaintiff has not filed an updated address with this Court.   The Court notes that pursuant to Nevada Local Rule of Practice IA 3-1, a "pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number.  The notification must include proof of service on each opposing party or the party's attorney.  Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the

court." Nev. Loc. R. IA 3-1. This Court grants Plaintiff thirty (30) days from the date of entry of this order to file his updated address with this Court. If Plaintiff does not update the Court with his current address within thirty (30) days from the date of entry of this order, this case will be subject to dismissal without prejudice.

**IT IS HEREBY ORDERED** that the Plaintiff shall file his updated address with the Court within thirty (30) days from the date of this order.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall mail Mr. Sawyer a copy of docket entries (ECF Nos. 29, 31-39) as follows:

> **RODERICK RENEE SAWYER**
> **75314**
> **Humboldt Conservation Camp**
> **P.O. Box 1069**
> **Winnemucca, NV  89446**

IT IS FURTHER ORDERED that, if Plaintiff fails to timely comply with this order, this case will be subject to dismissal without prejudice.

**IT IS SO ORDERED.**

Dated:  This 3rd day of February, 2021.

_____
ROBERT C. JONES
DISTRICT COURT JUDGE