## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

RODERICK RENEE SAWYER,

    Plaintiff

v.

DR. ROMEO ARANAS,

    Defendants

Case No.: 3:18-cv-00346-RCJ-WGC

**Order**

Re: ECF No. 31

    When Plaintiff had not filed a response to Defendants' pending motion for summary judgment (ECF No. 31), or filed a notice of change of address, District Judge Jones gave Plaintiff until March 5, 2021, to file his updated address with the court, which the Nevada Department of Corrections (NDOC) inmate database revealed to be at Humboldt Conservation Camp (HCC). Judge Jones also directed the Clerk to mail to Plaintiff at HCC docket entries ECF Nos. 29, 31-39, and the docket entry indicates that this was done on February 4, 2021. (ECF No. 40.) Plaintiff filed his notice of change of address to HCC on February 12, 2021. (ECF No. 42.) Plaintiff has not yet filed a response to Defendants' pending motion for summary judgment. (ECF No. 31.)

    Defendants shall immediately **SERVE** Plaintiff at HCC with a copy of ECF Nos. 31, 31-1 to 31-5, 33-1 to 33-5, 35, 37, and 37-1, and file a proof of service. Plaintiff is permitted to keep the medical records filed under seal (ECF Nos. 33-1 to 33-5) in his cell pending final disposition of Defendants' motion for summary judgment (i.e., until after the period for objections expires and District Judge Jones enters an order either adopting and accepting any report and recommendation on the motion or rejecting all or part of the report and recommendation).

1 | Plaintiff shall file a response to Defendants' motion for summary judgment on or before
2 | **May 11, 2021**. **THERE WILL BE NO EXTENSIONS OF THIS DEADLINE**.
3 | Defendants' reply brief is due on or before **May 25, 2021. THERE WILL BE NO**
4 | **EXTENSIONS OF THIS DEADLINE**.
5 | **IT IS SO ORDERED**.
6 | Dated: April 20, 2021

*William G. Cobb*
William G. Cobb
United States Magistrate Judge