UNITED STATES DISTRICT CCOURT

DISTRICT OF NEVADA

| | |
|---|---|
| RODERICK RENEE SAWYER, | Case No.: 3:18-CV-00346-RCJ-WGC |
| Plaintiff, | ORDER ADOPTING AND ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE (ECF NO. 50) |
| v. | |
| DR. ROMEO ARANAS, *et al.*, | |
| Defendants. | |

  Before the Court is the Report and Recommendation of United States Magistrate Judge William G. Cobb, (ECF No. 50[1]) entered on May 26, 2021, recommending that the Court grant Defendants' motion for summary judgment (ECF No. 31).

  This action was referred to Magistrate Judge Cobb under 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

  The Court has considered the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2.

---

[1] Refers to Court's docket number.

**IT IS HEREBY ORDERED** that Magistrate Judge Cobb's Report and Recommendation (ECF No. 50) is **ADOPTED and ACCEPTED**.

**IT IS FURTHER ORDERED** that Defendants' motion for summary judgment (ECF No. 31) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk of the Court enter judgment accordingly.

**IT IS SO ORDERED**.

Dated this 9th day of August, 2021.

_____
ROBERT C. JONES
United States District Judge